■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE THORNTON, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Memorandum: A few months before entry of a guilty plea, defendant applied for the substitution of assigned counsel. Upon inquiry by the court, defendant stated that counsel was not acting in his "best interests". Although offered the opportunity to elaborate upon his request, defendant simply stated that he wanted a new lawyer. That general statement professing a lack of confidence in assigned counsel did not amount to good cause for substitution of counsel, and the court's inquiry, in the circumstances of this case, was sufficient to protect defendant's right to counsel (see, People v Sawyer, 57 NY2d 12, 19; People v Gensicki, 123 AD2d 214, lv denied 70 NY2d 646; cf., People v Sides, 75 NY2d 822).

unanimously affirmed. Same memorandum as in *People v Thornton* ([appeal No. 1] 167 AD2d 935 [decided herewith]). (Appeal from judgment of Supreme Court, Erie County, Kasler, J.—attempted sodomy, first degree.) Present—Callahan, J. P., Doerr, Denman, Green and Balio, JJ.